**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

--------

**No. 96-1734**

--------

IDA M. JACKSON; VENUS O. JACKSON; AARON P.
JACKSON,

                           Plaintiffs - Appellants,

     versus

LARRY W. TOLLIVER, Colonel, Superintendent
Maryland State Police; D. B. MACLEAN, First
Lieutenant Commander; SERGEANT CASPER; OFFICER
GOLDMAN; OFFICER LASSIE; OFFICER NORDSTRAM,
above defendants individually and collective-
ly; J. O. HAMMELMANN, Major; S. R. HOLLINGER,
Trooper, MSP 9082,

                           Defendants - Appellees,

     and

OFFICER HOUSE; MARYLAND STATE POLICE,

                           Defendants.

--------

Appeal from the United States District Court for the District of
Maryland, at Cumberland. J. Frederick Motz, Chief District Judge;
Deborah K. Chasanow, District Judge. (CA-93-2504-DKC)

--------

Submitted: September 5, 1996    Decided: September 17, 1996

--------

Before WIDENER and WILKINS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

--------

Dismissed by unpublished per curiam opinion.

Ida M. Jackson, Venus O. Jackson, Aaron P. Jackson, Appellants Pro Se.  Betty Stemley Sconion, Assistant Attorney General, Kimberly Elizabeth Rice, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Pikesville, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's order denying Appellants' motions for default judgment, to amend their complaint, and for appointment of counsel. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2